**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**AMI DUNN,**

    **Plaintiff,**

**v.**                                                         Case No: 8:18-cv-3110-T-17JSS

**GMA INVESTMENTS, LLC, ANTHONY**
**GUADAGNA and KRISTY MACSWAN,**

    **Defendants.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Ami Dunn, in accordance with Local Rule 3.08, hereby provides notice that the Parties have reached a settlement in this case. Upon completion of the terms of settlement, the Parties will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on April 5, 2019.

                                                            /s/ *Bryan Geiger*
                                                            Bryan J. Geiger
                                                            Florida Bar # 119168
                                                           Seraph Legal, P.A.
                                                           2002 E. 5th Avenue, Suite 104
                                                           Tampa, FL 33605
                                                           (813) 567-1230
                                                           bgeiger@seraphlegal.com
                                                           Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

                                                           /s/ *Bryan J. Geiger*
                                                           Bryan J. Geiger
                                                           Florida Bar Number: 119168